Thomas J. YORKEY, Appellant,

v.

Mohamed K. DIAB, Esmaiel Kiani–Azrbayjany, Ibrahim M. Elfadel, Rex J. McCarthy, Walter M. Weber, and Robert A. Smith, Appellees.

No. 2011–1360.

United States Court of Appeals, Federal Circuit.

March 9, 2012.

Laurence S. Rogers, Ropes & Gray, of New York, New York, argued for appellant. With him on the brief was Stuart W. Yothers.

Joseph R. Re, Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for appellees. With him on the brief were Brenton R. Babcock and Jarom D. Kesler. Of counsel was Irfan A. Lateef.

PROST, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Reginald L. SYDNOR, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3128.

United States Court of Appeals, Federal Circuit.

March 12, 2012.

Rehearing En Banc Denied May 29, 2012.

Reginald L. Sydnor, of Haverford, PA, pro se.

Jeffrey A. Gauger, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

DYK, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**